FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 MAY 11  PM 1: 36

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **17 - CV - 01175**

(To be supplied by the court)

_Mr. Samul Esquire Adamston_ , Plaintiff,

v.

_Mr. B. Kennedy of Bachus & Schanker_ ,

_Mr. James Olsen of Bachus & Schanker_ ,

_Mr. Eric Alkridge of Bachus & Shanker_ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

## COMPLAINT

On the day of claimant hearing August 19, 2016, Claimant received a phone call telling him " I am attorney B. Kennedy ASK Claimant to tell me you are in Weather your hearing today; My Disability case re-started on 2014, No Attorney from Bachus & Schanker - call or write Claimant through, 4 years of torn Nerve roots, protrusion Disk on Lumbar spine.. from my life changing M.V.A on 1-15-2012!

(Rev. 07/06)

## PARTIES

1. Plaintiff __Mr. Samuel E. Hampton__ is a citizen of __United State__
   who presently resides at the following address:
   __P.O. Box 704 Colorado Springs, Co 80901__

2. Defendant __Mr. B. Kennedy__ is a citizen of __United State__
   who live(s) at or is/are located at the following address:
   __1899 Wynkoop St Ste #700 Denver, Co 80202__

3. Defendant __Mr. James Olsen__ is a citizen of __United State__
   who live(s) at or is/are located at the following address:
   __1899 Wynkoop St Ste #700 Denver, Co 80202__
   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

   _____

   _____

   _____

   _____

5. Briefly state the background of your case:

   I was represented by Mr. B. Kennedy & Mr. J. Olsen of Bachus &
   Schanker National Disability Group.
   Claimant had to go forward with finding a surgeon who would help
   Claimant torn nerve roots & Protrusion disk in my Lumbar Spine.
   "Attorney did not inform Claimant before hearing date, Also in 3 years of
   Claimant feeling sole with these Attorney's, they never mail any documents
   for Claimant to sign!
   On August 30, 2016 Bachus & Schanker submitted a letter "Appointment
   of representation and Fee Agreement". I did not sign those documents because
   they never sent to claimant.

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

I was made to believe I had representation of my S.S.I
S.S.D.I Claim from Attorney Mr. Jame Olsen of Bachus &
Schanker National Disability Group.

To Wate December 10, 2014 to May 11, 2017. Need to be awarded:

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

I was made to believe I had representation of my S.S.I
S.S.D.I. Claim from Attorney Mr. B. Kennedy of Bachus &
Schanker National Disability Group.

To date December 10, 2014 to May 11, 2017, Claims Need to be Awarded!

# THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

# REQUEST FOR RELIEF

Plaintiff requests the following relief:

I Claimt Mr. Samul E. Hampton would request for relief December 10, 2014 to May 11, 2017.

Request Relief for the 20 months of Dissability shi. #15,880

Date: 4·11·2017

Samul E. Hampton
(Plaintiff's Original Signature)

P.O. Box 704
(Street Address)

Colorado Springs 80901
(City, State, ZIP)

719-271-8165
(Telephone Number)

(Rev. 07/06)

6