IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01175-LTB

SAMUEL ESQUIRE HAMPTON,

    Plaintiff,

v.

B. KENNEDY, Bachus and Schanker,
JAMES OLSEN, Bachus and Schanker, and
ERIC AKRIDGE, Bachus and Schanker,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 22, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 22 day of June, 2017.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ A. Garcia Garcia
        Deputy Clerk